UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE P. ADEMAKINWA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-2162 DAR |
| ) | |
| MICHAEL J. ASTRUE ) | |
|  Commissioner, ) | |
|  Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO FILE
DEFENDANT'S MOTION FOR JUDGMENT OF AFFIRMANCE

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant hereby moves for a two week extension of time to file defendant's motion for judgment of affirmance, i.e., to and including July 24, 2008. Due to the continued shortage of attorney personnel at the agency's Office of General Counsel (due to recent departures and, in one case, a family emergency), the supervisory attorney handling this case has advised undersigned counsel (Fred E. Haynes) that he needs an additional two weeks to complete the agency's work on the material necessary for the motion for judgment of affirmance in this case. Consequently, defendant requests an additional two weeks to file his motion. As the attached draft order reflects, the time for plaintiff's response to this motion would now be August 21, 2008. Plaintiff has consented to this motion.

Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar # 498610
United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE P. ADEMAKINWA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-2162 DAR |
| ) | |
| MICHAEL J. ASTRUE ) | |
|  Commissioner, ) | |
|  Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

UPON CONSIDERATION of the consent motion by defendant for an extension of time to file his motion for judgment of affirmance, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that defendant shall have to, and including, July 24, 2008, to file his dispositive motion; and it is further

ORDERED that plaintiff shall have to, and including, August 21, 2008, to file her response to defendant's motion and her cross-motion for judgment of reversal.

UNITED STATES MAGISTRATE JUDGE

Copies to the pro se plaintiff and counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing consent motion for extension of time to be served by first-class mail, postage prepaid, this 10th day of July, 2008, on:

>   Ms. Valeria P. Ademakinwa
>   1425 Kearney Street, N.E.
>   Washington, D.C. 20017

>   /s/
>   Fred E. Haynes, D.C. Bar # 165654
>   Assistant United States Attorney
>   555 4th Street, N.W., Room E-4110
>   Washington, D.C. 20530
>   202.514-7201